RICHARD J. PEARL, Appellant, *v.* SEVENTH AVENUE FILM Co., LTD., et al., Respondents.

(Submitted October 2, 1933; decided October 10, 1933.)

Motion to amend remittitur denied. (See 262 N. Y. 605.)